1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   <u>Mail</u>: 8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  <u>amandas@potterhandy.com</u>

6  Attorneys for Plaintiff, NEHEMIAH KONG

7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA

9  NEHEMIAH KONG,                    )   Case No.: 2:20-CV-07341-JFW-PVC
                                      )
10         Plaintiff,                 )   **NOTICE OF SETTLEMENT AND**
                                      )   **REQUEST TO VACATE ALL**
11     v.                             )   **CURRENTLY SET DATES**
                                      )
12 JSL GARDENA I, LIMITED LIABILITY   )
   COMPANY, a Delaware Limited Liability )
13 Company; and Does 1-10,            )
                                      )
14         Defendants.                )
                                      )
15

16

17     The plaintiff hereby notifies the court that a provisional settlement has been
18 reached in the above-captioned case. The Parties would like to avoid any additional
19 expense while they focus efforts on finalizing the terms of the settlement and reducing it
20 to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all
21 currently set dates with the expectation that the settlement will be consummated within
22 the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice
23 as to all parties to be filed.

24
                              CENTER FOR DISABILITY ACCESS
25

26 Dated: October 29, 2020      By: <u>/s/ Amanda Seabock</u>
                                    Amanda Seabock
27                                  Attorney for Plaintiff
28