CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>  Plaintiff,<br><br>  v.<br><br>JSL GARDENA I, LIMITED LIABILITY COMPANY, a Delaware Limited Liability Company; and Does 1-10,<br><br>  Defendants. | **Case:** 2:20-CV-07341-JFW-PVC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Nehemiah Kong, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant JSL Gardena I, Limited Liability Company, a Delaware Limited Liability Company has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: November 17, 2020     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff